### BEFORE THE FIRST DIVISION, MARCH 6, 1951

**No. 55297.**—Sun Kwong On *v.* United States, protest 25076–K (New York).

Opinion by MOLLISON, J. · At the trial, a Government chemist testified that he had made an analysis of the merchandise and found same to be composed of a synthetic phenolic resin with a small amount of white pigment for coloring matter; that it was not a laminated product; and that the synthetic resin did not act as a binding agent. The chemist's report was received in evidence as exhibit 1 and the records in Abstracts 49907, 50728, and 50912 were incorporated as part of the record herein. Upon the authority of those cases and the facts contained in the record the claim at 20 percent under paragraph 1558 for nonenumerated manufactured articles was sustained only as to the merchandise described on the invoice as "playing bones."

### BEFORE THE SECOND DIVISION, MARCH 6, 1951

**No. 55298.**—Acme Litho Plate Graining, Inc., et al. *v.* United States, protests 150568–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 55299.**—Artisan Products Import, Ltd. *v.* United States, protests 163876–K and 163879–K (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 55300.**—Van Raalte Co. *v.* United States, protests 547441–G and 723051–G (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 55301.**—Arcade Glove Co. and General Sportcraft Co., Ltd. *v.* United States, protests 671718–G and 152713–K (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 55302.**—Independent Cordage Co., Inc., and Sandoz Chemical Works, Inc. *v.* United States, protests 94633–K and 150874–K (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 55303.**—Oxford University Press, New York, Inc. *v.* United States, protest 160400–K (New York).

Opinion by RAO, J. The protest was dismissed.